# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY JAMES ALEXANDER,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 71976

FILED

JUN 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17-21164

cc:    Hon. Douglas Smith, District Judge
       Legal Resource Group
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Timothy James Alexander